# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.          **CRIMINAL ACTION NO.: 3:20-CR-24-10 (GROH)**

**BRANDON EUGENE CORBIN,**

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is a Report and Recommendation ("R&R") filed by United States Magistrate Judge Robert W. Trumble. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued his R&R on July 16, 2021. ECF No. 423. Therein, Magistrate Judge Trumble recommends that Defendant Brandon Eugene Corbin's Motion to Sever [ECF No. 421] be denied. ECF No. 423 at 5.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must conduct a de novo review of the magistrate judge's findings where objection is made. However, the Court is not required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge to which no objection is made. Thomas v. Arn, 474 U.S. 140, 150 (1985). Failure to file timely objections constitutes a waiver of de novo review and of the movant's right to appeal this Court's Order. 28.U.S.C. § 636(b)(1); Snyder v. Ridenour, 889 F.2d 1363, 1366 (4th Cir. 1989); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

The Defendant's objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of service. 28 U.S.C. § 636(b)(1). Here, the R&R was entered on July 16, 2021. ECF No. 423. The fourteen-day period has passed, and no objections have been filed. Accordingly, this Court reviews the R&R for clear error.

Upon careful review and thoughtful consideration, the Court finds that Magistrate Judge Trumble's Report and Recommendation should be, and is hereby, **ADOPTED** for the reasons more fully stated therein. ECF No. 423. Therefore, the Defendant's Motion to Sever is **DENIED**. ECF No. 421.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** August 25, 2021

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE